**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-1179**

---

RUFUS PLEASANT,

Plaintiff - Appellant,

versus

WILLIAM J. HENDERSON, Postmaster General,
United States Postal Service,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T.S. Ellis, III, District Judge. (CA-99-1459-A)

---

Submitted:  May 25, 2000                    Decided:  June 2, 2000

---

Before WILLIAMS, MICHAEL, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Rufus Pleasant, Appellant Pro Se.  Joel Eric Wilson, Special Assistant United States Attorney, Alexandria, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Rufus Pleasant appeals the district court's order granting summary judgment to Defendant in this employment discrimination action. On appeal, Pleasant challenges the district court's conclusion that his action was barred by res judicata, asserting that the voluntary dismissal with prejudice of his first action was not an adjudication on the merits. We have reviewed the record, the district court's order, and the transcript of the January 7, 2000, hearing on the motion for summary judgment that contains the district court's reasoning. We agree with the district court that the disposition of Pleasant's first suit was an adjudication on the merits. See Schwarz v. Folloder, 767 F.2d 125, 129 (5th Cir. 1985). In his informal brief, Pleasant also makes various malpractice allegations against his attorney, who also represented him in the first action. Pleasant's malpractice claim is not a basis for invalidating the district court's order. See Sanchez v. United States Postal Serv., 785 F.2d 1236, 1237 (5th Cir. 1986). Accordingly, we affirm on the reasoning of the district court. See Pleasant v. Henderson, No. CA-99-1459-A (E.D. Va. Jan. 7, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2